LESLIE MARK STOVALL, ESQ.
Nevada Bar No.: 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
E-service: court@lesstovall.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY WIDMAYER, an individual; ROBERT MONAHAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> OTIS WORLDWIDE CORPORATION; DOES I-X; and ROE CORPORATIONS I-X, inclusive. <br><br> Defendants. | CASE NO.: 2:25-cv-00723-RFB-BNW |

**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE (FIRST REQUEST)**

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that plaintiffs' time to respond to the defendant's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue (Doc. No. 6) be extended from August 19, 2025 to September 16, 2025.

/ / /

/ / /

| | |
|---|---|
| DATED this 18th day of August 2025. | DATED this 18th day of August 2025. |
| STOVALL & ASSOCIATES | TUCKER ELLIS, LLP |
| */s/ Ross Moynihan* | */s/ Su-Lyn Combs* |
| ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiffs* | SU-LYN COMBS, ESQ.<br>Nevada Bar No. 17058<br>515 South Flower Street<br>Forty-Second Floor<br>Los Angeles, California 90071<br>*Attorneys for Defendant* |

## ORDER

Based upon the foregoing stipulation of the parties and for good cause appearing,

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE