LESLIE MARK STOVALL, ESQ.
Nevada Bar No.: 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
E-service: court@lesstovall.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY WIDMAYER, an individual; ROBERT MONAHAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> OTIS WORLDWIDE CORPORATION; DOES I-X; and ROE CORPORATIONS I-X, inclusive. <br><br> Defendants. | CASE NO.: 2:25-cv-00723-RFB-BNW |

**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE (SECOND REQUEST)**

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that plaintiffs' time to respond to the defendant's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue (Doc. No. 6) be extended from September 16, 2025 to September 23, 2025.

/ / /

/ / /

DATED this 11th day of September 2025.

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*

_____
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiffs*

DATED this 11th day of September 2025.

TUCKER ELLIS, LLP

*/s/ Su-Lyn Combs*

_____
SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
*Attorneys for Defendant*

## **ORDER**

Based upon the foregoing stipulation of the parties and for good cause appearing,

**IT IS SO ORDERED**

September 11, 2025

_____
UNITED STATES DISTRICT COURT JUDGE