1  STOVALL & ASSOCIATES
   LESLIE MARK STOVALL, ESQ.
2  Nevada Bar No. 2566
3  ROSS MOYNIHAN, ESQ.
   Nevada Bar No. 11848
4  2301 Palomino Lane
   Las Vegas, NV 89107
5  Tel: 702-258-3034
   Fax: 702-258-0093
6  Email: court@lesstovall.com
7  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY WIDMAYER, an individual; ROBERT MONAHAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS WORLDWIDE CORPORATION; DOES I-X; and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | CASE NO.: 2:25-cv-00723-RFB-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PER FRCP 26 REQUIREMENTS PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between Plaintiffs BRITTANY WIDMAYER and ROBERT MONAHAN, through their counsel Leslie M. Stovall, Esq. of the Law Firm Stovall and Associates, and Defendant the OTIS WORLDWIDE CORPORATION, through its counsel Su-Lyn Combs, Esq. that the pretrial conference required under FRCP 16 and discovery pursuant to FRCP 26 and LR 26-1(a) to be stayed pending the court's decision on the defendant's motion to dismiss/transfer

//
//
//
//
//
//

*Widmayer/Monahan V. Otis*
CASE NO.: 2:25-cv-00723-RFB-BNW
SAO

(ECF 6) and the plaintiff's motion for judicial discovery (to be filed).

Dated this 19 day of September 2025.          Dated this 19th day of September 2025.

STOVALL & ASSOCIATES                           TUCKER ELLIS, LLP

_____                /s/ Su-Lyn Combs, Esq
LESLIE MARK STOVALL, ESQ.                      _____
Nevada Bar No.: 2566                           SU-LYN COMBS, ESQ.
2301 Palomino Lane                             Nevada Bar No. 17058
Las Vegas, NV 89107                            515 South Flower Street
*Attorneys for Plaintiffs*                     Forty-Second Floor
                                               Los Angeles, California 90071
                                               *Attorneys for Defendant*

## ORDER

Based upon the foregoing stipulation of the parties and for good cause appearing,

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 22, 2025