SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
Phone (213) 430-3400
Fax (213) 430-3409
su-lyn.combs@tuckerellis.com

Attorneys for Defendant
OTIS WORLDWIDE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY WIDMAYER, an individual; ROBERT MONAHAN, an individual, <br><br> Plaintiffs, <br><br> Vs. <br><br> OTIS WORLDWIDE CORPORATION; DOES I-X; and ROE CORPORATIONS I-X, inclusive., <br><br> Defendants. | Case No.:  2:25-CV-00723-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT OTIS WORLDWIDE CORPORATION'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant's time to reply to Plaintiff's Response to Otis Worldwide Corporation's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue [ECF 6] be extended from September 30, 2025 to October 14, 2025.

DATED this 24th day of September 2025.

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*
_____
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiffs*

DATED this 24th day of September 2025.

TUCKER ELLIS, LLP

*/s/ Su-Lyn Combs*
_____
SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
*Attorneys for Defendant*

1

**ORDER**

Based upon the foregoing stipulation of the parties and for good cause appearing,

**IT IS SO ORDERED**

September __25__ 2025.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 24, 2025**, a copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT OTIS WORLDWIDE CORPORATION'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** was filed and served electronically via the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

TUCKER ELLIS LLP

*/s/ Su-Lyn Combs*
SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071

Attorneys for Defendant
*Otis Worldwide Corporation*