|   |   |
|---|---|
| 1 | SU-LYN COMBS, ESQ. |
|   | Nevada Bar No. 17058 |
| 2 | TUCKER ELLIS, LLP |
|   | 515 South Flower Street |
| 3 | Forty-Second Floor |
|   | Los Angeles, California 90071 |
| 4 | Phone (213) 430-3400 |
|   | Fax (213) 430-3409 |
| 5 | su-lyn.combs@tuckerellis.com |
| 6 | Attorneys for Defendant |
|   | OTIS WORLDWIDE CORPORATION |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BRITTANY WIDMAYER, an individual; ROBERT MONAHAN, an individual, | Case No.: 2:25-CV-00723-RFB-BNW |
|---|---|
| Plaintiffs, | **AMENDED STIPULATION AND ORDER TO EXTEND DEFENDANT OTIS WORLDWIDE CORPORATION'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |
| Vs. | |
| OTIS WORLDWIDE CORPORATION; DOES I-X; and ROE CORPORATIONS I-X, inclusive., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant Otis Worldwide Corporation's time to reply to Plaintiff's Response to Otis Worldwide Corporation's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue [ECF 6] be extended from October 14, 2025 [ECF 17] to October 23, 2025.

DATED this 10th day of October 2025.                    DATED this 10th day of October 2025.

STOVALL & ASSOCIATES                                     TUCKER ELLIS, LLP

*/s/ Ross Moynihan*                                      */s/ Su-Lyn Combs*
_____                                      _____
ROSS MOYNIHAN, ESQ.                                      SU-LYN COMBS, ESQ.
Nevada Bar No. 11848                                     Nevada Bar No. 17058
2301 Palomino Lane                                       515 South Flower Street
Las Vegas, NV 89107                                      Forty-Second Floor
*Attorneys for Plaintiffs*                               Los Angeles, California 90071
                                                         *Attorneys for Defendant*

1

## ORDER

Based upon the foregoing stipulation of the parties and for good cause appearing,

**IT IS SO ORDERED**

DATED: October 14, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 10, 2025**, a copy of the foregoing **AMENDED STIPULATION AND ORDER TO EXTEND DEFENDANT OTIS WORLDWIDE CORPORATION'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** was filed and served electronically via the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

TUCKER ELLIS LLP

*/s/ Su-Lyn Combs*
SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071

Attorneys for Defendant
*Otis Worldwide Corporation*

3