SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
Phone (213) 430-3400
Fax (213) 430-3409
su-lyn.combs@tuckerellis.com

Attorneys for Defendant
OTIS WORLDWIDE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY WIDMAYER, an individual; ROBERT MONAHAN, an individual,<br><br>   Plaintiffs,<br><br>Vs.<br><br>OTIS WORLDWIDE CORPORATION; DOES I-X; and ROE CORPORATIONS I-X, inclusive.,<br><br>   Defendants. | Case No.: 2:25-CV-00723-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME AND FILE OPPOSITION OUT OF TIME TO PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Otis Worldwide Corporation's time to file an Opposition to Plaintiff's Motion for Jurisdictional Discovery [ECF No. 15] be extended up to and including October 23, 2025. The parties agree that Defendant's Opposition may be filed out of time on that date and shall be deemed timely for all purposes.

This Stipulation is made in good faith and not for the purpose of delay. No party will be prejudiced by the granting of this Stipulation.

The parties have been working cooperatively to extend deadlines to allow additional time to collect relevant documents and potential declarations relating to both Otis Worldwide Corporation's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue [ECF No. 6] and Plaintiff's Motion for Jurisdictional Discovery [ECF No. 15].

On October 2, 2025, the parties filed a Stipulation and Order to Extend Defendant Otis Worldwide Corporation's Time to File Reply in Support of Motion to Dismiss for Improper Venue or,

1

in the Alternative, to Transfer Venue and Motion for Jurisdictional Discovery [ECF No. 18]. In that filing, the parties stipulated that the time to file an Opposition to Plaintiff's Motion for Jurisdictional Discovery be extended from October 7, 2025 to October 23, 2025. The parties also stipulated that the time to file a reply to Otis Worldwide Corporation's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue be extended from October 14, 2025 to October 23, 2025.

On October 8, 2025, the Court lifted the stay of discovery as to jurisdictional discovery and granted Plaintiff's Motion for Jurisdictional Discovery [ECF No. 19]. On October 9, 2025, the Court vacated the Minute Order at ECF No. 19 [ECF No. 20].

Pursuant to Local Rule IC-2-2, concurrently with this Stipulation, Defendant Otis Worldwide Corporation is filing a separate Amended Stipulation and Order to Extend Defendant's Time to File Reply in Support of Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue, extending that deadline from October 14, 2025 to October 23, 2025.

DATED this 10th day of October 2025.          DATED this 10th day of October 2025.

STOVALL & ASSOCIATES                           TUCKER ELLIS, LLP

/s/ Ross Moynihan                              /s/ Su-Lyn Combs
_____                          _____
ROSS MOYNIHAN, ESQ.                            SU-LYN COMBS, ESQ.
Nevada Bar No. 11848                           Nevada Bar No. 17058
2301 Palomino Lane                             515 South Flower Street
Las Vegas, NV 89107                            Forty-Second Floor
*Attorneys for Plaintiffs*                     Los Angeles, California 90071
                                               *Attorneys for Defendant*

**ORDER**

Based upon the foregoing stipulation of the parties and for good cause appearing,

**IT IS SO ORDERED**

October  14,  2025.

UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 10, 2025**, a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME AND FILE OPPOSITION OUT OF TIME TO PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY** was filed and served electronically via the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

TUCKER ELLIS LLP

*/s/ Su-Lyn Combs*
SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071

Attorneys for Defendant
*Otis Worldwide Corporation*